IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR431 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUSTON N. CLAUSON, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion for hearing pursuant to Federal Rule of Criminal Procedure 35(b).  Filing No. 26

IT IS ORDERED that:

1.   Hearing on the above motion is scheduled for **December 15, 2006, at 11:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  The defendant has waived his presence at the hearing.  The defendant may participate in the hearing telephonically by notifying chambers (402/661-7302) at least 24 hours before the hearing of the phone number and contact person for the defendant at the institution where he is incarcerated.

DATED this 1st day of December, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge